1  Stuart B. Wolfe (SBN 156471)
   Alice M. Dostalova (SBN 244513)
2  Natilee S. Riedman (SBN 257871)
   2175 N. California Blvd., Suite 415
3  Walnut Creek, California 94596-3579
   Telephone: (925) 280-0004
4  Facsimile: (925) 280-0005

5  Attorneys for Defendant
   GMAC MORTGAGE, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MURILLO, an individual and TAMI L. MURILLO, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>LEHMAN BROTHERS BANK, FBS, A FEDERAL SAVINGS BANK, CAL-WESTERN RECONVEYANCE CORPORATION, AS TRUSTEE, AURORA LOAN SERVICES, INC., a Delaware Corporation; GMAC MORTGAGE, LLC., a Delaware Limited Liability Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. C 09-00500 JW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>[L.R. 6-1(a)] |

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

This Stipulation is made pursuant to Local Rule 6-1(a) and is made by and between Plaintiffs MARK MURILLO and TAMI MURILLO (hereinafter "Plaintiffs") and Defendant GMAC MORTGAGE, LLC (hereinafter "GMAC"), by and through their respective counsel of record. The parties herein, agree and stipulate as follows:

A.  GMAC's response to the Complaint in this action was originally due on February 13, 2009.

---

1
**STIPULATION TO EXTEND TIME**
C:\Users\dwathtop\Documents\work\cases\Real Estate\Murillo 1\Stipulation to Extend Time Re Response to March 3_2009.doc

(WOLFE & WYMAN LLP — Attorneys & Counselors At Law)

B.  On or about February 11, 2009, GMAC contacted Plaintiffs to request an extension of time to respond to the Superior Court Complaint up to and including February 27, 2009.

C.  Later that same day, GMAC learned that the above captioned action had been removed to this Court from the Santa Clara County Superior Court Case No. 108CV131638.

D.  On or about February 12, 2009, Plaintiffs' counsel agreed to extend GMAC's time to respond to the Complaint in the instant Court up to and including February 27, 2009.

E.  On or about February 26, 2009, GMAC contacted Plaintiffs to request an extension of time to respond to the Superior Court Complaint up to and including March 3, 2009.

F.  On or about February 26, 2009, Plaintiffs' counsel agreed to extend GMAC's time to respond to the Complaint in the instant Court up to and including March 3, 2009.

G.  This Stipulation does not alter the date of any event or any deadline already fixed by the Court.

WHEREFORE, the parties to this action agree and stipulate that GMAC has up to and including March 3, 2009 to respond to Plaintiffs' Complaint.

DATED: February 26, 2009

WOLFE & WYMAN LLP

By: _____
STUART B. WOLFE
ALICE M. DOSTÁLOVÁ
NATILEE S. RIEDMAN
Attorneys for Defendant
**GMAC MORTGAGE, LLC**

DATED: February 26, 2009

THE LITIGATION LAW GROUP

By: _____
LAWRENCE P. RAMIREZ, ESQ.
HENRY CHUANG, ESQ.
Attorneys for Plaintiffs
**MARK MURILLO and TAMI L. MURILLO**

1
2
3

## ORDER

4

5  The Court, having read and considered the foregoing Stipulation, being fully advised, and
6  good cause appearing, ORDERS that GMAC shall have up to an including March 3, 2009 to file a
7  response to Plaintiffs' Complaint in this matter.

8

9  Dated: March 4, 2009.

_____
HONORABLE JAMES WARE
UNITED STATES COURT DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WOLFE & WYMAN LLP
Attorneys & Counselors At Law