# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Murillo v. Lehman Brothers Bank  FSB and related cases | 09-00500 JW and related cases<br>09-00503 JW |
| Murillo v. Aurora Loan Services, Inc. | 09-00504 JW |
| Murillo v. Aurora Loan Services, LLC | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
09-00500 JW                         -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: May 13, 2009

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*/s/ Timothy Smagacz*
_____
ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
09-00500 JW                                      -2-

PROOF OF SERVICE

Case Name:      Murillo v. Lehman Brothers Bank  FSB

Case Number:    09-00500 JW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On May 13, 2009, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Henry Chuang
>   The Litigation Law Group
>   111 North Market Street
>   Suite 1010
>   San Jose, CA 95113
>
>   Lawrence Pedro Ramirez
>   The Litigation Law Group
>   111 North Market Street
>   Suite 1010
>   San Jose, CA 95113
>   lpramirez@thellg.com
>
>   Sherrill Ann Oates
>   Smith Dollar PC
>   404 Mendocino Avenue
>   Second Floor
>   Santa Rosa, CA 95401
>   soates@smithdollar.com
>
>   Rachel M. Dollar

Smith Dollar PC
404 Mendocino Avenue
Second Floor
Santa Rosa, CA 95401
rdollar@smithdollar.com

Robin Prema Wright
Wright Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
rwright@wrightlegal.net

Natilee S Riedman
Wolfe Wyman
2175 N. California Blvd.
Suite 415
Walnut Creek, CA 94596
nsriedman@wolfewyman.com

Barclays, PLC
,

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 13, 2009 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov