Stuart B. Wolfe (SBN 156471)
Natilee S. Riedman (SBN 257871)
nsriedman@wolfewyman.com
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596-3579
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
GMAC MORTGAGE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MURILLO, an individual and TAMI L. MURILLO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LEHMAN BROTHERS BANK, FBS, A FEDERAL SAVINGS BANK, CAL-WESTERN RECONVEYANCE CORPORATION, AS TRUSTEE, AURORA LOAN SERVICES, INC., a Delaware Corporation; GMAC MORTGAGE, LLC., a Delaware Limited Liability Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  C 09-00500 JW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>[L.R. 6-1(a)] |

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

This Stipulation is made pursuant to Local Rule 6-1(a) and is made by and between Plaintiffs MARK MURILLO and TAMI MURILLO (hereinafter "Plaintiffs") and Defendant GMAC MORTGAGE, LLC (hereinafter "GMAC"), by and through their respective counsel of record.  The parties herein, agree and stipulate as follows:

A. GMAC's response to the Second Amended Complaint in this action was originally due on May 26, 2009.

1

1  B.  On or about May 21, 2009, GMAC contacted Plaintiffs to request an extension of
2  time to respond to Plaintiff's Second Amended Complaint up to and including June 9, 2009.
3  C.  On or about May 21, 2009, Plaintiffs' counsel agreed to extend GMAC's time to
4  respond to the Second Amended Complaint in the instant Court up to and including June 9, 2009.
5  D.  This Stipulation does not alter the date of any event or any deadline already fixed by
6  the Court.
7  WHEREFORE, the parties to this action agree and stipulate that GMAC has up to and
8  including June 9, 2009 to respond to Plaintiffs' Second Amended Complaint.

10  DATED: May 21, 2009          WOLFE & WYMAN LLP

12  By: _____
      STUART B. WOLFE
13    NATILEE S. RIEDMAN
      Attorneys for Defendant
14    GMAC MORTGAGE, LLC

15  DATED: May 21, 2009          THE LITIGATION LAW GROUP

17  By: _____
      LAWRENCE P. RAMIREZ, ESQ.
18    HENRY CHUANG, ESQ.
      Attorneys for Plaintiffs
19    MARK MURILLO and TAMI L. MURILLO

2
STIPULATION TO EXTEND TIME
S:\Matters\GMAC Mortgage LLC (1252)\149 (Murillo)\Pleadings\Stipulation to Extend Time Re Response to SAC.doc

## ORDER

The Court, having read and considered the foregoing Stipulation, being fully advised, and good cause appearing, ORDERS that GMAC shall have up to an including June 9, 2009 to file a response to Plaintiffs' Second Amended Complaint in this matter.

Dated: May 28, 2009

_____
HONORABLE JAMES WARE
UNITED STATES COURT DISTRICT JUDGE