Stuart B. Wolfe (SBN 156471)
Natilee S. Riedman (SBN 257871)
nsriedman@wolfewyman.com
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596-3579
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

**Attorneys for Defendant
GMAC MORTGAGE, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MURILLO, an individual and TAMI L. MURILLO, an individual,<br><br>           Plaintiffs,<br><br>v.<br><br>LEHMAN BROTHERS BANK, FBS, A FEDERAL SAVINGS BANK, CAL-WESTERN RECONVEYANCE CORPORATION, AS TRUSTEE, AURORA LOAN SERVICES, INC., a Delaware Corporation; GMAC MORTGAGE, LLC., a Delaware Limited Liability Corporation; and DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No.  C 09-00500 JW<br><br>Assigned to the Hon. James Ware<br>Courtroom: 8<br><br>Action Filed: 12/31/2008<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR Process:

**Court Processes:**

☐   Non-binding Arbitration (ADR L.R. 4)

☐   Early Neutral Evaluation (ENE (ADR L.R. 5)

☒   Mediation (ADR L.R. 6)

1

1  (*Note: Parties who believe that an early settlement conference with a Magistrate Judge is
2  appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR
3  phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone
4  Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

5  **Private Process:**

6  ☐   Private ADR (please identify process and provider) _____

7  The parties agree to hold the ADR session by:

8  ☒   The presumptive deadline (*the deadline is 90 days from the date of the order
9        referring the case to an ADR process unless otherwise ordered.*)

10 ☐   Other requested deadline _____

12 Dated: 5/18/09

   _____
   Henry Chuang
   THE LITIGATION LAW GROUP
   Attorneys for Plaintiffs

15 Dated: 5/18/09

   _____
   Natilee S. Riedman
   WOLFE AND WYMAN LLP
   Attorneys for Defendant GMAC Mortgage,
   LLC

19 Dated: _____

   _____
   Rachel M. Dollar
   SMITH DOLLAR PC
   Attorneys for Lehman Brothers BANK FSB,
   Aurora Loan Services Inc., Mortgage Electronic
   Registration Systems, Inc.



(Note: *Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5*)

**Private Process:**

☐ Private ADR (please identify process and provider) _____

The parties agree to hold the ADR session by:

☒ The presumptive deadline (*the deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

☐ Other requested deadline _____

Dated: _____

Henry Chuang
THE LITIGATION LAW GROUP
Attorneys for Plaintiffs

Dated: _____

Natilee S. Riedman
WOLFE AND WYMAN LLP
Attorneys for Defendant GMAC Mortgage, LLC

Dated: May 22, 2009

/s/
Sherrill Oates
SMITH DOLLAR PC
Attorneys for Lehman Brothers BANK FSB, Aurora Loan Services Inc., Mortgage Electronic Registration Systems, Inc.

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
S:\Matters\GMAC Mortgage LLC (1353)\169 (Murillo)\Pleadings\Stipulations\Stipulation Order Selecting ADR Process.doc

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session

- ☒ 90 days from the date of this order.
- ☐ Other

IT IS SO ORDERED.

Dated: May 28, 2009

_____
UNITED STATES DISTRICT JUDGE

*(signed: James Ware)*