Rachel M. Dollar, SBN 199977
Sherrill A. Oates, SBN 213763
Austin D. Garner, SBN 184022
SMITH DOLLAR PC
Attorneys at Law
404 Mendocino Avenue, Second Floor
Santa Rosa, California 95401
Telephone: (707) 522-1100
Facsimile: (707) 522-1101

Attorneys for Defendants Lehman Brothers Bank, FSB, Aurora Loan Services,

DISTRICT COURT NORTHERN DISTRICT COURT - SAN JOSE DIVISION

| | |
|---|---|
| MARK MURILLO, an individual and TAMI L. MURILLO, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> LEHMAN BROTHERS BANK, FSB, A FEDERAL SAVINGS BANK; CAL-WESTERN RECONVEYANCE CORPORATION, AS TRUSTEE; AURORA LOAN SERVICES, INC., a Delaware Corporation; GMAC MORTGAGE, LLC, a Delaware Limited Liability Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, a Delaware Corporation; BARCLAYS, PLC, a Foreign Corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO: C 09-00500 JW RS *WDB* <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE AT MEDIATION <br><br> Judge: Honorable James Ware <br><br> Complaint Filed: January 13, 2009 <br> Trial Date: |

GOOD CAUSE HAVING BEEN SHOWN, Defendants Aurora Loan Services, LLC, Lehman Brothers Bank, FSB, and Mortgage Electronic Registration Systems, Inc. ("Aurora") request to appear telephonically at the mediation of the above case and the two related cases, scheduled for _TBD_ (wDB) at _____ in these related actions is hereby granted.

IT IS SO ORDERED.

Dated: 6-4-09

IT IS SO ORDERED

_[signature]_
UNITED STATES MAGISTRATE JUDGE

- 1 -
[Proposed] Order Granting Defendants' Request to Appear at Mediation by Telephone

