Stuart B. Wolfe (SBN 156471)
Natilee S. Riedman (SBN 257871)
nsriedman@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596-3579
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendant
GMAC MORTGAGE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MURILLO, an individual and TAMI L. MURILLO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LEHMAN BROTHERS BANK, FBS, A FEDERAL SAVINGS BANK, CAL-WESTERN RECONVEYANCE CORPORATION, AS TRUSTEE, AURORA LOAN SERVICES, INC., a Delaware Corporation; GMAC MORTGAGE, LLC., a Delaware Limited Liability Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 09-00500 JW RS<br><br>(~~PROPOSED~~) ORDER GRANTING REQUEST TO APPEAR AT MEDIATION TELEPHONICALLY<br><br>Judge: Honorable James Ware<br><br>Action Filed: January 13, 2009<br><br>Trial Date: |

GOOD CAUSE HAVING BEEN SHOWN, Defendant GMAC Mortgage, LLC's request to appear telephonically at the mediation of the above-captioned case, tentatively scheduled for June 30, 2009 at 11:00 am, or as subsequently rescheduled, is hereby granted.

IT IS SO ORDERED.

DATED: 6-15-09

_____
ADR MAGISTRATE JUDGE
WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

(PROPOSED) ORDER GRANTING REQUEST TO APPEAR AT MEDIATION TELEPHONICALLY
S:\Matters\GMAC Mortgage LLC (1353)\169 (Murillo)\Pleadings\Proposed Order Granting Request to Appear by Telephone at Mediation Magistrate.doc