1  Rachel M. Dollar, SBN 199977
   Sherrill A. Oates, SBN 213763
2  Austin D. Garner, SBN 184022
   SMITH DOLLAR PC
3  Attorneys at Law
   404 Mendocino Avenue, Second Floor
4  Santa Rosa, California 95401
   Telephone:  (707) 522-1100
5  Facsimile:  (707) 522-1101
   Attorneys for Aurora Loan Services, LLC, Lehman Brothers Bank, FSB and Mortgage Electronic
6  Registration Systems, Inc.

7  Stuart B. Wolfe (SBN 156471)
   Alice M. Dostalova (SBN 244513)
8  Natilee S. Riedman (SBN 257871)
   Wolfe & Wyman LLP
9  2175 N. California Blvd., Suite 415
   Walnut Creek, California 94596
10 Telephone:  (925)-280-0004
   Facsimile:   (925)-280-0005
11 Attorneys for Defendant GMAC Mortgage, LLC

12 Lawrence P. Ramirez, CSB 141550
   Henry Chuang, CSB 250628
13 The Litigation Law Group
   111 North Market Street, Suite 1010
14 San Jose, CA 95113
   (408)971-1119 (telephone)
15 (408)971-1129 (fax)
   Attorneys for Plaintiffs Mark Murillo and Tami Murillo

16

17            DISTRICT COURT NORTHERN DISTRICT COURT - SAN JOSE DIVISION

18

19 MARK MURILLO, an individual and TAMI L.        CASE NO.:  C 09-00500 JW RS
   MURILLO, an individual,
20                                                STIPULATION TO CONTINUE THE DATE
                                                  TO FILE THE AMENDED COMPLAINT
21          Plaintiffs,                           UNTIL AUGUST 7, 2009
   v.
22                                                Judge:    Honorable James Ware
   LEHMAN BROTHERS BANK, FSB, A
23 FEDERAL SAVINGS BANK; CAL-                     Complaint Filed:  January 13, 2009
   WESTERN RECONVEYANCE                           Trial Date:
24 CORPORATION, AS TRUSTEE; AURORA
   LOAN SERVICES, INC., a Delaware
25 Corporation; GMAC MORTGAGE, LLC, a
   Delaware Limited Liability Corporation;
26 MORTGAGE ELECTRONIC
   REGISTRATION SYSTEMS, INC, a Delaware
27 Corporation; BARCLAYS, PLC, a Foreign
   Corporation; and DOES 1 through 50, inclusive,
28
            Defendants.

- 1 -
STIPULATION TO CONTINUE THE DATE TO FILE THE AMENDED COMPLAINT

IT IS SO ORDERED

*Judge James Ware*

7/31/2009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    Whereas, the Parties are presently in the process a negotiating a settlement in this matter;

2    Whereas, the Parties believe a settlement in this case is imminent;

3    Whereas, in an effort to maintain judicial economy is this matter, the parties have agreed to

4

5    continue pursuing settlement discussions;

6    Accordingly,

7    IT IS HEREBY STIPULATED by and between the parties to the above-entitled actions,

8    through their respective counsel:

9        1.   Defendants agree to postpone the date to file the amended complaint from July 31,

10          2009 until August 7, 2009.

11

12

13   Dated:  July 29, 2009                    **SMITH DOLLAR PC**

14

15

16                                            By    /s/

17                                               Sherrill A. Oates
                                                 Attorneys for Aurora Loan Services, LLC, Lehman
18                                               Brothers Bank, FSB and Mortgage Electronic
                                                 Registration Systems, Inc.
19

20   Dated:  July 29, 2009                    **Wolf & Wyman, LLp**

21

22

23

24                                            By    /s/

25                                               Natilee S. Riedman
                                                 Attorneys for Defendant GMAC Mortgage, LLC
26

27

28

- 2 -
STIPULATION TO CONTINUE THE DATE TO FILE THE AMENDED COMPLAINT

1  DATED:  July 29, 2009       **The Litigation Law Group**

2

3

4               BY_____/s/_____

5                HENRY CHUANG
                ATTORNEY FOR PLAINTIFFS
6

7  **AS GOOD CAUSE EXISTS, IT IS SO ORDERED:**

8

9  Dated:_____July 31, 2009_____   _____

10                Honorable Judge James Ware

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE THE DATE TO FILE THE AMENDED COMPLAINT