IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mark Murillo, et al., | NO. C 09-00500 JW |
| | NO. C 09-00503 JW |
| Plaintiffs, | NO. C 09-00504 JW |
| v. | **ORDER CONTINUING CASE** |
| Lehman Brothers Bank FSB, et al., | **MANAGEMENT CONFERENCES** |
| Defendants. | |

In light of the Court's October 23, 2009 Order, the Court continues the Case Management Conferences presently set in the above entitled cases for November 9, 2009 to **December 7, 2009 at 10 a.m.** On or before **November 30, 2009**, the parties shall submit a Joint Case Management Conference Statement. The Statement shall include, among other things, an update on the parties' settlement efforts.

Dated: November 3, 2009

JAMES WARE
United States District Judge