LAWRENCE P. RAMIREZ (State Bar No. 141550)
THE LITIGATION LAW GROUP
111 North Market Street, Suite 1010
San Jose, CA 95113
Telephone: (408) 971-1119
Facsimile: (408) 971-1129
lpramirez@thellg.com

Attorneys for Plaintiffs
MARK MURILLO and TAMI L MURILLO

**IT IS SO ORDERED**
*Judge James Ware*
1/15/2010

# UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MARK MURILLO, an individual, and TAMI L. MURILLO, an individual,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LEHMAN BROTHERS BANK, FSB, A FEDERAL SAVINGS BANK; CALWESTERN RECONVEYANCE CORPORATION, AS TRUSTEE; AURORA LOAN SERVICES, INC., a Delaware Corporation; GMAC MORTGAGE, LLC, a Delaware Limited Liability Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: C 09-00500 JW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GMAC MORTGAGE LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>**Judge:** Honorable James Ware<br>**Department:** Courtroom 8, 4th Floor<br><br>**Complaint Filed:** January 13, 2009 |

TO EACH PARTY AND TO COUNSEL OF RECORD FOR EACH PARTY, YOU ARE HEREBY NOTIFIED THAT Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs MARK MURILLO and TAMI MURILLO hereby dismiss Defendant GMAC MORTGAGE, LLC, a Delaware Limited Liability Corporation, from the above-captioned case without prejudice.

---

VOLUNTARY DISMISSAL OF DEFENDANT　　Case No.: C 09-00500 JW

Dated: November 6, 2009

THE LITIGATION LAW GROUP

/s/ *Lawrence P. Ramirez*
Lawrence P. Ramirez
ATTORNEY FOR PLAINTIFFS