*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK MURILLO, an individual and TAMI L. MURILLO, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>LEHMAN BROTHERS BANK, FSB, A FEDERAL SAVINGS BANK; CAL-WESTERN RECONVEYANCE CORPORATION, AS TRUSTEE; AURORA LOAN SERVICES, INC., a Delaware Corporation; GMAC MORTGAGE, LLC, a Delaware Limited Liability Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO.: C 09-00500 JW RS<br>09-00503 JW RS; 09-00504 JW RS<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE RE: SETTLEMENT** |

Based on the parties' Statement Regarding Settlement (Docket Item No. 106), the Court finds good cause to continue the Order to Show Cause re: Settlement hearing currently set for February 1, 2010 to **February 22, 2010 at 9 a.m.** to give the parties sufficient time to reduce their settlement to a writing and file the appropriate Stipulated Dismissals. On or before **February 12, 2010**, the parties shall either file a Joint Status Statement re: Settlement or Stipulated Dismissals.

Dated: January 25, 2010

                                          JAMES WARE
                                        United States District Judge